| | |
|---|---:|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

September 28, 2017

MEMORANDUM TO PARTIES RE:  <u>Arash Dibazar v. Alexander Rose Quintana</u>
Civil Action No. GLR-17-237

Dear Parties:

    Pending before the Court is Defendant Alexander Rose Quintana's unopposed Motion to Vacate the Entry of Default and/or Motion to Dismiss, or in the Alternative, for Summary Judgment (ECF No. 9). Also pending before the Court is Plaintiff Arash Dibazar's unopposed Motion for Entry of Default Judgment. (ECF No. 10). For the reasons stated in Quintana's unopposed Motion to Vacate (ECF No. 9), having found good cause, the Clerk's Entry of Default (ECF No. 5) is VACATED. For the reasons stated in Quitana's unopposed Motion to Dismiss Dibazar's Complaint (ECF No. 9), the Motion is GRANTED. Dibazar's Motion for Entry of Default Judgment (ECF No. 10) is DENIED AS MOOT. The Clerk is DIRECTED to mail a copy of this Order to Dibazar at his address of record.

    Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly and CLOSE the case.

Very truly yours,

/s/
_____
George L. Russell, III
United States District Judge